IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**GILBERTO AGUILAR PENA**                                                              **PLAINTIFF**

v.                         Civil No.   11-cv-5017

**SIX UNKNOWN AGENTS and**
**PRESIDENT BARACK OBAMA**                                                          **DEFENDANTS**

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, an inmate at CI Big Spring Correctional Institution, at Big Spring, Texas, has filed a Motion to Proceed *in forma pauperis* ("IFP") (Doc. 11). The undersigned previously issued a Report and Recommendation (Doc. 6), recommending that this matter be dismissed prior to service because Plaintiff named as a Defendant a person who was immune from suit, Plaintiff failed to state factual allegations against the remaining defendants, and as a whole, Plaintiff's Complaint was incomprehensible and frivolous.

The Report and Recommendation of the undersigned was adopted *in toto* on March 9, 2011, by the district judge. (Doc. 7). On March 29, 2011, Plaintiff filed a Notice of Appeal. (Doc. 9). Therefore, the undersigned will construe Plaintiff's Motion to Proceed IFP (Doc. 11) as a Motion to Proceed IFP on Appeal.

Pursuant to 28 U.S.C. § 1915(a)(3) "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." As all claims in Plaintiff's Complaint were clearly frivolous and/or asserted against an individual immune from

suit, any appeal of the dismissal of that Complaint would not be taken in good faith. Neitzke v. Williams, 490 U.S. 319, 325 (1989).

It is the recommendation of the undersigned that the Motion for Leave to Proceed IFP on Appeal (Doc. 11), be **DENIED** as the appeal is not taken in good faith. 28 U.S.C. § 1915(a)(3).

I further recommend that the District Court Clerk be directed to collect the $455.00 filing fee pursuant to the terms of the Prison Litigation Reform Act. Finally, I recommend that the District Court Clerk be directed to provide the Court of Appeals with a copy of any Order adopting this Report and Recommendation.

Plaintiff may, of course, renew his Motion to Proceed IFP on Appeal with the Court of Appeals for the Eighth Circuit. FED. R. APP. P. 24(a).

**The parties have fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.**

**IT IS SO ORDERED this 11th day of April 2011.**

                                    /s/   Erin L. Setser
                                    HON. ERIN L. SETSER
                                    U.S. MAGISTRATE JUDGE